JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN J. BIBBS, <br><br> Petitioner, <br><br> v. <br><br> W.J. SULLIVAN, <br><br> Respondent. | Case No. 2:21-cv-05398-PA (AFM) <br><br> **JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: July 7, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE